**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ESTATE OF PATRICK MICHAEL WISE ET AL, | § | |
| | § | |
| Plaintiffs, | § | Case No. 2:17-cv-00788-RSP |
| | § | |
| v. | § | |
| | § | |
| ROBERT CARLSEN ET AL, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

For the reasons assigned in the Order entered on May 30, 2019 (Dkt. No. 64) and the Order entered on June 13, 2019 (Dkt. No. 65), IT IS ORDERED AND ADJUDGED that all claims by Plaintiffs against Defendants Robert Carlsen and the City of Gladewater, Texas are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**SIGNED this 13th day of June, 2019.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE